UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*FILED ELECTRONICALLY*

| | | |
|---|---|---|
| EUGENE B. SHROUT, JR., | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CASE NO. _____ |
| | ) | |
| LIFE INSURANCE | ) | |
| COMPANY OF NORTH AMERICA, | ) | |
| | ) | |
| DEFENDANT | ) | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Life Insurance Company of North America ("LINA"), by counsel, hereby files this Notice of Removal to the United States District Court for the Eastern District of Kentucky, at Lexington, and states as follows:

1. On or about May 17, 2018 the Complaint in Case No. 18-CI-90090 was filed in Bath Circuit Court by Plaintiff against LINA. The Summons, along with the Complaint, were served on LINA by certified mail and received on or about May 31, 2018. A copy of the Summons and Complaint is attached hereto as Exhibit A and constitutes all process, pleadings and orders served upon LINA to date in this action.

2. This Notice of Removal is filed within thirty (30) days after receipt by LINA of a copy of the Complaint and Summons in this action and Plaintiff is estopped from seeking remand of this matter on this basis.

3. This action is of a civil nature arising from Plaintiff's claim for an alleged breach of contract and involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long-term disability plan established by Plaintiff's employer and funded by a long-

term disability insurance policy issued by LINA. Plaintiff also seeks a judgment declaring that he is entitled to future long-term disability benefits and interest, and he seeks an award of attorney's fees.

## FEDERAL QUESTION JURISDICTION

4. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §§ 1132 and 1144, inasmuch as the Complaint claims long-term disability benefits provided by an employee welfare benefit plan, established or maintained by Plaintiff's employer and regulated by the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001, *et seq*. In the Complaint, Plaintiff explicitly seeks benefits provided under group insurance policy LK0980204, which insures long-term disability benefits under an employee benefit plan established and maintained by his employer, Masco Corporation. ("Masco") (Cmplt., ¶ 4).

5. The employee benefit plan established and maintained by Masco, and any claim for benefits thereunder, are subject to ERISA.

6. There can be no genuine dispute that this action is governed by ERISA and that this Court, therefore, has original federal subject matter jurisdiction over it. In his Complaint, Plaintiff alleges, in the alternative, that LINA's decision to deny his claim for long-term disability benefits violates ERISA (Cmplt., ¶ 50, 51), and he avers a claim for relief which he expressly bases on ERISA's remedy provision, 29 U.S.C. § 1132(a)(1(B) and (g). (Cmplt., ¶ 51).

7. The state law claims alleged in Plaintiff's Complaint are preempted by ERISA, as it provides exclusive federal remedies for resolution of claims relating to plan benefits by plan

participants and beneficiaries, 29 U.S.C. §§ 1132 and 1144. Similarly, because this case is subject to ERISA Plaintiff's demand for trial by jury is nullified by controlling federal law.

8. For the foregoing reasons, Plaintiff's action is removable to this Court pursuant to 29 U.S.C. § 1441 as an action founded upon a claim or right arising out of the laws of the United States. An action relating to benefits provided by an ERISA plan is properly removable, even if the defense of ERISA preemption does not appear on the face of the Complaint. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63, 107 S. Ct. 1542 (1987).

WHEREFORE, Defendant, Life Insurance Company of North America, hereby gives notice of this removal from the Bath Circuit Court to the United States District Court for the Eastern District of Kentucky, at Lexington.

Respectfully submitted,

/s/David A. Calhoun
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309
mitziwyrick@wyattfirm.com
dcalhoun@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 20th day of June, 2018 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned further certifies a copy of same was served this 20th day of June, 2018 upon:

Elizabeth A. Thornsbury
Mehr, Fairbanks & Peterson Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, KY 40507

***Counsel for Plaintiff, Eugene B. Shrout, Jr.***

/s/David A. Calhoun
*One of Counsel for Defendant, Life Insurance Company of North America*

61741805.1