UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*FILED ELECTRONICALLY*

| | |
|---|---|
| EUGENE B. SHROUT, JR., )   )   PLAINTIFF )   )   v. )   )   LIFE INSURANCE )   COMPANY OF NORTH AMERICA, )   )   DEFENDANT ) | CASE NO. 5:18-cv-00416-KKC |

## AGREED ORDER OF DISMISSAL

Plaintiff, Eugene Shrout, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

/s/Elizabeth A. Thornsbury(by DAC with permission)
Elizabeth A. Thornsbury
MEHR FAIRBANKS & PETERSON
TRIAL LAWYERS, PLLC
201 West Short Street, Ste. 800
Lexington, KY 40507
elizabeth@austinmehr.com
*Counsel for Plaintiff, Eugene Shrout, Jr.*

/s/David A. Calhoun
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, suite 2800
Louisville, Kentucky  40202-2898
dcalhoun@wyattfirm.com
*Counsel for Defendant, Life Insurance Company of North America*

61787614.1